UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-5287-AS | Date | August 28, 2026 |
| Title | Lamar Myers v. Priyanka Patel and Dmlb Group, Inc. | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 15, 2026, Plaintiff filed a Complaint against Defendants Priyanka Patel and Dmlb Group, Inc. (Dkt. No. 1). On May 16, 2026, the Clerk issued a summons, along with a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1] (Dkt. Nos. 5-6). Plaintiff served the summons, Complaint, Notice of Assignment, and other documents on Defendant Patel on May 27, 2026. (Dkt. No. 8).

Although Defendant Patel's deadline to file an answer was June 17, 2026 (id.), Patel still has not answered the Complaint. On June 30, 2026, the Court noted this and ordered Plaintiff to file a request for the Clerk to enter default against the interests of Defendant Patel or a notice of voluntary dismissal of Defendant Patel on or before July 10, 2026. (Dkt. No. 9). To date, Plaintiff has not responded.

Additionally, more than ninety days have passed since the filing of the Complaint, and Plaintiff still apparently has not effected service on Defendant Dmlb Group, Inc. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not

[1] The Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination. Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, each newly served party or party added to the case must be served the Notice of Assignment at the time of service of the summons and compliant or other case-initiating document. See Local Rule 73-2.1. The period for a newly served party or party added to decline consent begins to run upon service of the Notice. Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-5287-AS | Date | August 28, 2026 |
| Title | Lamar Myers v. Priyanka Patel and Dmlb Group, Inc. | | |

made upon a defendant within ninety days of filing the complaint, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

Plaintiff is therefore ORDERED TO SHOW CAUSE within fourteen days of the date of this Order, why this case should not be dismissed without prejudice for lack of prosecution due to Plaintiff's failure to timely serve Defendant Dmlb Group, Inc., and his failure to timely request a clerk's default as to Defendant Patel. See Fed. R. Civ. P. 41; Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986) (holding district courts have "inherent power *sua sponte* to dismiss a case for lack of prosecution." (citations omitted)). Failure to timely file a written response to this Order may result in dismissal of this action for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. See Fed. R. Civ. P. 41(b).

Plaintiff is reminded that each newly served party or party added to the case must be served with the Notice of Assignment at the time of service of the summons and complaint, and Plaintiff must file a proof of service indicating that Defendant was served with the Notice of Assignment.

**IT IS SO ORDERED.**